ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

GLENDA SHORTER THOMAS,

Plaintiff(s),

v.

CITY OF CHICAGO,

Defendant(s).

Case No. 16 C 08067
Judge Edmond E. Chang

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Case dismissed with prejudice. Defendant City of Chicago to tender $34,000 settlement payment to Plaintiff by 08/22/2019. Plaintiff deemed to have executed settlement agreement, resignation letter, and waivers.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Edmond E. Chang on a motion to

Date: 8/12/2019

Thomas G. Bruton, Clerk of Court

s\Saandr Brooks, Deputy Clerk